STATE OF NEW JERSEY v. OTHA LYONS.

May 29, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. RONALD JOHNSON.

May 29, 1974. Petition for certification denied.

NEW JERSEY COMMISSIONER OF TRANSPORTATION v. MARTHA M. ZOLL.

May 29, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM MACK COLEMAN.

May 29, 1974. Petition for certification denied.

SUPERMARKETS GENERAL CORP. v. JOHN M. ZOLLINGER.

May 29, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES D. HANMORE.

May 29, 1974. Petition for certification denied.